UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 01 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ROBERT FERGUSON, in his official capacity as Attorney General of Washington, <br><br> Defendant - Appellee. | No. 22-35986 <br><br> D.C. No. 3:22-cv-05540-RJB <br> U.S. District Court for Western Washington, Tacoma <br><br> **MANDATE** |

The judgment of this Court, entered June 07, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT